## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNDA A. STEWART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | CASE NO. 1:13-cv-02312-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER GRANTING PLAINTIFF'S APPEAL, VACATING THE DECISION OF THE COMMISSIONER, AND REMANDING FOR FURTHER PROCEEDINGS<br><br>Docs. 1, 5, 6, 7, 10, 11 |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Lynda A. Stewart and against the Commissioner as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Lynda A. Stewart social security disability insurance benefits and supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to:

Conduct a new administrative hearing;

Appropriately evaluate the affidavit and testimony of Elaine Meli, Plaintiff's sister;

Appropriately evaluate the opinion of Dr. Igor Yampolsky, and, if necessary, elicit further medical opinion regarding Lynda A. Stewart's residual functional capacity or her ability to meet or equal an impairment listed in 20 C.F.R. Part 404, Subpart P, Appendix 1.

    3. The Clerk of Court shall close this case.

Dated: September 30, 2014

                                                      s/Gerald B. Cohn  
                                                      GERALD B. COHN  
                                                      UNITED STATES MAGISTRATE JUDGE